Reset Form

WHEN RECORDED MAIL TO:

LAW OFFICES OF D.SCOTT CARRUTHERS
D.SCOTT CARRUTHERS, APLC (SBN 68745)
8448 KATELLA AVE
STANTON, CA 90680
P: (714)761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-cv-05615-PSG<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on APRIL 23, 2021
in favor of NATIONWIDE JUDGMENT RECOVERY INC.
whose address is 8452 KATELLA AVE STANTON, CA 90680
and against SHARON D. MCINTOSH
whose last known address is 57552 29 PALMS HWY YUCCA VALLEY, CA 92284
for $ 2,491.50         Principal,   $ 636.26         Interest,   $ 0.00         Costs,
and $ 0.00         Attorney Fees.

ATTESTED this __12th__ day of __August__, 20__21__.
Judgment debtor's driver's license no. and state; _____   (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ____6270____   (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

SHARON D. MCINTOSH                           CLERK, U.S. DISTRICT COURT

27552 29 PALMS HWY

YUCCA VALLEY, CA 92284             By _____
                                           Deputy Clerk
                                        REBECA OLMOS

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                       ABSTRACT OF JUDGMENT/ORDER